**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
SHANNON THOMASON, individually and as parent and natural guardian of E.P.,

                Plaintiff,                        23 **CIVIL** 8654 (LJL)

      -against-                                 **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION, and DAVID C. BANKS in his official capacity as Chancellor of the New York City Department of Education,

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Opinion and Order dated January 27, 2025, Plaintiff's motion for summary judgment is DENIED.  Defendants' motion for summary judgment is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
           January 28, 2025

                                                       **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                            **BY:**      *K. Mango*

                                                           **Deputy Clerk**